NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0511
     Facsimile: (213) 894-3713
     E-mail:   vanessa.baehr-jones@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 11804 ATKINSON AVENUE HAWTHORNE, CALIFORNIA 90250 | No. 17-MJ-01328-DUTY<br><br>[~~PROPOSED~~] ORDER ALLOWING SECOND EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital devices:

    a.   One Lenovo Laptop, S/N CB22082121;

    b.   One iPhone, IMEI 356960064711729;

    c.   One Xbox, S/N 028427534048;

    d.   One PNY, 128GB Thumb Drive;

    e.   One PNY, 64GB Thumb Drive;

    f.   One Kingston 32GB Thumb Drive;

    g.   One Sandisk 256GB Thumb Drive;

    h.   One PNY 64GB Thumb Drive;

1         i.    One Samsung Tablet, S/N RF2DAIECGDX;
2         j.    One HP Laptop, S/N CND3230YSB;
3         k.    One Western Digital External Hard Drive, S/N
4 WX51A655PJST;
5         l.    One Seagate Internal Hard Drive 120GB;
6         m.    One Hitachi 20GB Hard Drive, S/N X1CRVTLM;
7         n.    One Toshiba External Hard Drive, S/N 55S8TONGT188;
8         o.    One Sony 4GB Thumb Drive;
9         p.    One Cruzer 32GB Thumb Drive;
10         q.    One Data Traveler 8GB Thumb Drive;
11         r.    One PNY 16GB Thumb Drive;
12         s.    One Black Thumb Drive;
13         t.    One Lexar 8GB Thumb Drive;
14         u.    One Cruzer 8GB Thumb Drive;
15         v.    One Gateway Laptop Computer, S/N  2009DJ0874321
16         w.    One SanDisk 16GB Thumb Drive
17         x.    Transcend 1GB micro SD card
18         y.    One white Thumb Drive
19         z.    One New York Thumb Drive
20 //
21 //
22 //
23 //
24
25
26
27
28

aa.  One Sony Thumb Drive

JANUARY 23, 2018
DATE

UNITED STATES MAGISTRATE JUDGE
STEVE KIM

Presented by:

/s/ *Vanessa Baehr-Jones*
VANESSA BAEHR-JONES
Assistant United States Attorney