```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    DEVON MYERS (Cal. Bar No. 240031)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0649
 7       Facsimile: (213) 894-3713
         E-mail:    devon.myers@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 11804 ATKINSON AVENUE HAWTHORNE, CALIFORNIA 90250 | No. 17-MJ-01328-DUTY <br><br> [PROPOSED] ORDER ALLOWING THIRD EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital devices:

  a. One Lenovo Laptop, S/N CB22082121;
  b. One iPhone, IMEI 356960064711729;
  c. One Xbox, S/N 028427534048;
  d. One PNY, 128GB Thumb Drive;
  e. One PNY, 64GB Thumb Drive;
  f. One Kingston 32GB Thumb Drive;
  g. One Sandisk 256GB Thumb Drive;
  h. One PNY 64GB Thumb Drive;

|   |     |                                                              |
|---|-----|--------------------------------------------------------------|
| 1 | i.  | One Samsung Tablet, S/N RF2DAIECGDX;                         |
| 2 | j.  | One HP Laptop, S/N CND3230YSB;                               |
| 3 | k.  | One Western Digital External Hard Drive, S/N WX51A655PJST;   |
| 5 | l.  | One Seagate Internal Hard Drive 120GB;                       |
| 6 | m.  | One Hitachi 20GB Hard Drive, S/N X1CRVTLM;                   |
| 7 | n.  | One Toshiba External Hard Drive, S/N 55S8TONGT188;           |
| 8 | o.  | One Sony 4GB Thumb Drive;                                    |
| 9 | p.  | One Cruzer 32GB Thumb Drive;                                 |
| 10| q.  | One Data Traveler 8GB Thumb Drive;                           |
| 11| r.  | One PNY 16GB Thumb Drive;                                    |
| 12| s.  | One Black Thumb Drive;                                       |
| 13| t.  | One Lexar 8GB Thumb Drive;                                   |
| 14| u.  | One Cruzer 8GB Thumb Drive;                                  |
| 15| v.  | One Gateway Laptop Computer, S/N  2009DJ0874321              |
| 16| w.  | One SanDisk 16GB Thumb Drive                                 |
| 17| x.  | Transcend 1GB micro SD card                                  |
| 18| y.  | One white Thumb Drive                                        |
| 19| z.  | One New York Thumb Drive                                     |
| 20| aa. | One Sony Thumb Drive                                         |

May 23, 2018
DATE

UNITED STATES MAGISTRATE JUDGE
STEVE KIM

Presented by:

*Devon Ann Myers* (signature)

DEVON MYERS
Assistant United States Attorney